UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN VALENCIA, on behalf of himself and all
others similarly situated,

                              Plaintiff,

            -against-

BORA BORA AMERICA CORP.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/1/2025__

25 Civ. 7759 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated September 22, 2025, the Court ordered the parties to submit a joint proposed case management plan and scheduling order by November 21, 2025. *See* ECF No. 5. Those submissions are now overdue. Plaintiff has, however, obtained a clerk's certificate of default. *See* ECF No. 12. Accordingly, by **December 19, 2025,** Plaintiff shall move for default judgment in accordance with Attachment A to the undersigned's Individual Practices in Civil Cases.

            SO ORDERED.

Dated: December 1, 2025
            New York, New York

_____
            ANALISA TORRES
            United States District Judge