UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN VALENCIA, on behalf of himself and all others similarly situated,

                                Plaintiffs,

            -against-

BORA BORA AMERICA CORP.,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2025

25 Civ. 7759 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated December 1, 2025, the Court ordered Plaintiff to file a motion for default judgment in accordance with Attachment A to the undersigned's Individual Practices in Civil Cases by December 19.  *See* ECF No. 13.  That submission is now overdue.  Accordingly, by **January 20, 2026,** Plaintiff shall file his motion for default judgment.  Plaintiff is reminded that failure to comply with Court orders may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

        SO ORDERED.

Dated:  December 29, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge